≰AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

Northern   DISTRICT OF   New York

Jeffrey A. Kelly

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:   1:06-cv-351 (FJS/RFT)

Dawson's Towing, Inc.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That defendant's motion to dismiss the complaint is granted.

The above pursuant to an order entered by the Honorable Frederick J. Scullin, Jr. on September 30, 2008.

October 1, 2008                                             Lawrence K. Baerman
Date                                                               Clerk

                                                                    (By) Deputy Clerk
                                                                    s/Barbara J. Woodford